**Andrew GLADUE; Beatrice Vivier, Appellants,**

v.

**UNITED STATES of America, Appellee.**

No. 09–3112.

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2010.

Filed: April 15, 2010.

Debra Lynn Hoffarth, Pringle & Herigstad, Minot, ND, for Appellants.

Cameron Hayden, Assistant U.S. Attorney, U.S. Attorney's Office, Bismarck, ND, for Appellee.

Before RILEY,[1] Chief Judge, BYE and SHEPHERD, Circuit Judges.

---

1. The Honorable William Jay Riley became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2010.

PER CURIAM.

Andrew Gladue and Beatrice Vivier appeal the district court's[2] adverse grant of summary judgment in their Federal Tort Claims Act action. Upon de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006), we conclude summary judgment was proper for the reasons the district court stated. We affirm. *See* 8th Cir. R. 47B.

---

2. The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.